IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAYA C. CROSS, on behalf of  )
herself and all others       )
similarly situated,          )
                             )
     Plaintiff,              )
                             )
v.                           )     CASE NO. CV414-122
                             )
SECURITY CREDIT SYSTEMS,     )
INC.,                        )
                             )
     Defendant.              )

## ORDER

On April 15, 2015, the Court ordered Plaintiff to file an amended notice clearly identifying the claims affected by the notice of voluntary dismissal filed on March 9, 2015. (Doc. 8.) It has been over a year since the Court entered this order and Plaintiff has yet to respond. Local Rule 41 states that upon "[w]illful disobedience or neglect of any order of the Court," "the assigned Judge may, after notice to counsel of record, sua sponte, or on motion of any party, dismiss any action for want of prosecution, with or without prejudice." S.D. Ga. L. R. 41.

Accordingly, Plaintiff is **DIRECTED** to demonstrate within **ten days** from the date of this order why she has not responded to the Court's order of March 9, 2015. Failure to

do so will result in dismissal without prejudice of this case.

SO ORDERED this 19th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA